# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416–0 | User: khorning | Date Created: 4/29/2010 |
| Case: 09–00379 | Form ID: pdfall | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty      Eric Heyer      eric.heyer@thompsonhine.com
aty      Jeffrey M. Orenstein      jorenstein@gwolaw.com

                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Kforce Inc.      Attn: William Josey      1001 East Palm Avenue      Tampa, FL 33605
dft      Pauline J Kearse      3775 Spicebush Drive      Frederick, MD 21704
           Cheryl E. Rose, Trustee      12154 Darnestown Road      Box 623      Gaithersburg, MD 20878
           Robert K. Goren Esq.      15245 Shady Grove Rd, #465      Rockville MD 20850

                                               TOTAL: 4